# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JELERIA JONES,** | : |
| Plaintiff, | : |
| vs. | :    CA 09-0724-CG-C |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's motion to dismiss (Doc. 4) be **GRANTED** and that this action be **DISMISSED** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 31st day of December , 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE